UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
THE BETTER ANGELS SOCIETY, INC.,     :
                                     :          19cv3285 (DLC)
                Plaintiff,           :
                                     :          ORDER
        -v-                          :
                                     :
INSTITUTE FOR AMERICAN VALUES, INC.  :
d/b/a BETTER ANGELS,                 :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2019

                                     :
                Defendant.           :
------------------------------------ X

DENISE COTE, District Judge:

An Opinion of November 15, 2019 having granted the

plaintiff's motion for partial summary judgment on its claim for

trademark infringement, it is hereby

ORDERED that the parties shall contact the chambers of

Magistrate Judge Netburn on or before **November 22, 2019** in order

to pursue settlement discussions under her supervision to occur

in **January 2020.**

IT IS FURTHER ORDERED that the plaintiff, by **November 22,**

**2019**, shall submit to the Court a letter identifying any

remaining issues to be determined in this action apart from

damages and injunctive relief under the successful trademark

infringement claim.

Dated:    New York, New York
          November 15, 2019

                                    _____
                                            DENISE COTE
                                    United States District Judge