UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE BETTER ANGELS SOCIETY, INC.,

                    Plaintiff,

    -against-

INSTITUTE FOR AMERICAN VALUES, INC.,

                    Defendant.

-----------------------------------------------------------------X

19-CV-3285 (DLC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

On Friday, November 15, 2019, the Honorable Denise Cote partially granted Plaintiff's motion for summary judgment and directed the parties to schedule a settlement conference. ECF No. 75. The parties are directed to contact Courtroom Deputy Rachel Slusher with both parties on the line by Friday, November 22, 2019 at (212) 805-0286, to schedule a settlement conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 19, 2019
              New York, New York