# withers Bergman LLP

1700 East Putnam Avenue, Suite 400, Greenwich, Connecticut 06870-1366

t: +1 203 302 4100

f: +1 203 869 0558

www.withersworldwide.com

November 21, 2019



**Electronically Filed**

Hon. Denise L. Cote
United States District Judge
for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *The Better Angels Society, Inc. v. Institute for American Values*
             Docket No. 1:19-cv-03285-DLC

Dear Judge Cote:

    The undersigned counsel for the parties jointly request that the Court enter a stay of the above-referenced action through and including Monday, December 9, 2019, to enable the parties and their counsel to focus their time, efforts, and resources towards ongoing settlement discussions to resolve this action. Consistent with this request, the parties further jointly request that the November 22, 2019 deadline for Plaintiff to provide the Court with a letter identifying any remaining issues to be determined following the Court's entry of partial summary judgment (Dkt. No. 75) be correspondingly extended through the same date.

    As ordered by the Court, counsel for the parties contacted Magistrate Judge Netburn's chambers and scheduled a settlement conference for January 16, 2020.

    We thank the Court in advance for its consideration of this request.

    Respectfully submitted,

| | |
|---|---|
| /s/ Jonathan D. Davis | /s/ James Nealon |
| Jonathan D. Davis, Esq. | James Nealon |
| Jonathan D. Davis, P.C. | WITHERS BERGMAN |
| 10 Rockefeller Plaza, Suite 1015 | 430 Park Avenue, 10th Floor |
| New York, New York 10020 | New York, New York 10022 |
| Tel: (212) 687-5464 | Tel: (212) 848-9800 |
| Fax: (212) 697-2521 | Fax: (212) 848-9888 |
| jdd@jddavispc.com | James.nealon@withersworldwide.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

Granted. Denise Cote
11/21/19

Withersworldwide
London  Geneva  Zurich  Milan  Padua
Hong Kong  Singapore  Tokyo  British Virgin Islands
New York  Greenwich  New Haven  San Francisco
Los Angeles  Rancho Santa Fe  San Diego

Withers SBL
Melbourne  Sydney

direct: +1 203 302-4078
fax: +1 203 302 6611
e-mail: james.nealon@withersworldwide.com
admitted in Connecticut and New York
US-5492841/1