USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/19

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE BETTER ANGELS SOCIETY, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> INSTITUTE FOR AMERICAN VALUES, INC. D/B/A/ BETTER ANGELS, <br><br> *Defendant.* | Case No. 1:19-cv-03285-DLC |

*[handwritten notations and signature dated 12/19/19]*

### DEFENDANT's MOTION FOR RECONSIDERATION AND/OR REARGUMENT OF PARTIAL SUMMARY JUDGMENT RULING

Pursuant to Local Civil Rule 6.3, Defendant Institute for American Values, Inc. ("IAV" or "Defendant") hereby moves for reconsideration or reargument of the Court's November 15, 2019 Order granting partial summary judgment as to liability (the "Decision") in favor of Plaintiff The Better Angels Society, Inc. ("TBAS" or "Plaintiff").[1] A supporting memorandum of law concisely setting concisely the matters or controlling decisions which counsel respectfully believes the Court may have overlooked is filed along herewith.

Dated: December 17, 2019

                                                         THE DEFENDANT
                                                         INSTITUTE FOR AMERICAN VALUES,
                                                         INC. d/b/a BETTER ANGELS

                                                         By: ***James Nealon***
                                                         James Nealon
                                                         WITHERS BERGMAN LLP
                                                         430 Park Avenue
                                                         New York, New York 10022
                                                         Tel.: (212) 848-9800
                                                         Fax: (212) 848-9888
                                                         james.nealon@withersworldwide.com

---

[1] Defendant's motion is timely filed in that the Action was stayed by Order of this Court from November 21, 2019 up through and including December 9, 2019, which time should thus be excluded from the computation of the 14 day period.