# withers Bergman LLP

1700 East Putnam Avenue, Suite 400, Greenwich, Connecticut 06870-1366
t: +1 203 302 4100
f: +1 203 869 0558
www.withersworldwide.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 12/30/2019

December 27, 2019

**Electronically Filed**

Hon. Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

*Denied. As explained in the 12/13/19 Order, the 4/3/20 dates are firm. The parties may extend prior dates on consent.*

*/s/ Denise Cote*
*12/30/19*

Re: *The Better Angels Society, Inc. v. Institute for American Values*
Docket No. 1:19-cv-03285-DLC

Dear Judge Cote:

Since the Court's entry on November 15, 2019 of partial summary judgment as to liability in favor of Plaintiff The Better Angels Society, Inc. ("TBAS" or "Plaintiff") on its federal trademark infringement claim, the parties and their counsel have been involved in ongoing, good faith settlement discussions.

Counsel and the parties are scheduled to have a settlement conference with Magistrate Judge Netburn on January 16, 2019. It is the parties' intention to continue to use their respective best efforts to try and resolve all aspects of this action by settlement to hopefully obviate the need for further active litigation.

In order to facilitate this settlement-focused process in the near term, and to enable the parties and their counsel to focus their time, efforts, and resources towards ongoing settlement, counsel for the parties jointly request that the Court enter a stay of this action (including, without limitation, all discovery and any applicable procedural deadlines, if any) up through and including Friday, January 17, 2020.

Additionally, prior to any entry by the Court of the above referenced stay, the parties also jointly request that the Court extend the fact and expert discovery periods, and other case related deadlines established by the December 13, 2019 Amended Scheduling Order (Dkt. No. 80), as follows:

| Deadline | Existing Date | New Date |
| --- | --- | --- |
| Fact Discovery Cut-Off | January 17, 2020 | March 17, 2020 |
| Initial Expert Disclosures | January 31, 2020 | April 1, 2020 |
| Rebuttal Expert Disclosures | February 21, 2020 | April 22, 2020 |
| All Discovery Complete | March 17, 2020 | May 15, 2020 |
| Summary Judgment Motions | April 3, 2020 | June 3, 2020 |
| Summary Judgment Opposition | April 24, 2020 | June 26, 2020 |
| Summary Judgment Reply | May 8, 2020 | July 7, 2020 |

Withersworldwide
London Geneva Zurich Milan Padua
Hong Kong Singapore Tokyo British Virgin Islands
New York Greenwich New Haven San Francisco
Los Angeles Rancho Santa Fe San Diego

Withers SBL
Melbourne Sydney

direct: +1 203 302-4078
fax: +1 203 302 6611
e-mail: james.nealon@withersworldwide.com
admitted in Connecticut and New York
US-5492841/1

| Pretrial Order Compliance (if no motion) | April 3, 2020 | June 3, 2020 |

Alternatively, if Plaintiff notifies Defendant and the Court by January 24, 2019 that Plaintiff is withdrawing its remaining claims other than the Second Count of its First Amended Complaint for which Plaintiff was awarded summary judgment as to liability (which withdrawal would be without prejudice), then the parties request that the Court approve the following schedule in lieu of the proposed schedule on the preceding page:

| Deadline | Date |
| --- | --- |
| Plaintiff Files all Legal Memoranda, Supporting Declarations and Legal Fee Application in Support of Any Final Relief sought on Second Count of Complaint | February 10, 2020 |
| Defendant Files Memoranda and any Declarations in Opposition to any Final Relief demanded by Plaintiff | March 12, 2020 |
| Plaintiff's Reply | March 26, 2020 |
| Oral Argument and/or Evidentiary Hearing (if necessary) – at Court's convenience | April [ __ ], 2020 |

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ James Nealon
James Nealon
WITHERS BERGMAN
430 Park Avenue, 10th Floor
New York, New York 10022
Tel: (212) 848-9800
Fax: (212) 848-9888
James.nealon@withersworldwide.com

*Counsel for Defendant*