UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE BETTER ANGELS SOCIETY, INC.,

                Plaintiff,

      -against-

INSTITUTE FOR AMERICAN VALUES, INC.,

                Defendant.

-------------------------------------------------------------X

19-CV-03285 (DLC)(SN)

**SETTLEMENT CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2020

**SARAH NETBURN, United States Magistrate Judge:**

A settlement conference is scheduled for Thursday, January 16, 2020, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Thursday, January 9, 2020. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
DATED:    January 2, 2020                        United States Magistrate Judge
              New York, New York