```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv3285(DLC)
THE BETTER ANGELS SOCIETY, INC.,         :
                                         :           ORDER
                         Plaintiff,      :
          -v-                            :
                                         :
INSTITUTE FOR AMERICAN VALUES, INC.,     :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 18, 2020, the parties requested a further extension of the briefing schedule on the plaintiff's February 3, 2020 motion for a permanent injunction. Accordingly, it is hereby

ORDERED that the parties' request is granted. Any opposition brief is due **March 23, 2020**. Any reply is due **March 30, 2020**. No further extensions shall be granted.

Dated:  New York, New York
        March 19, 2020

                                  _____
                                          Denise Cote
                                         DENISE COTE
                                  United States District Judge