```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      19cv3285(DLC)
THE BETTER ANGELS SOCIETY, INC.,         :
                                         :         ORDER
                    Plaintiff,           :
          -v-                            :
                                         :
INSTITUTE FOR AMERICAN VALUES, INC.,     :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 23, 2020, the parties filed their third request in less than two weeks for an extension of the briefing schedule on the plaintiff's February 3, 2020 motion for a permanent injunction. This time, they cite the COVID-19 outbreak as the reason an extension is needed. In granting the parties' second request extending the deadline to file an opposition brief to March 23, 2020, this Court ordered that no further extensions shall be granted.

The Court takes notice that the World Health Organization has described COVID-19 as a pandemic and that New York City has declared a state of emergency.[1]  Nonetheless, the parties are

---

[1] World Health Organization, WHO Director-General's Opening Remarks at the Mission Briefing on COVID-19 (Mar. 12, 2020), https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-mission-briefing-on-covid-19---12-march-2020; City of New York, Office of the Mayor, Mayor de Blasio Issues State of Emergency (Mar. 13, 2020), https://www1.nyc.gov/

required to make reasonable requests for extensions of time --
in the first instance. In light of the COVID-19 outbreak,
however, it is hereby

ORDERED that the parties' request is granted. Any opposition brief is due **March 26, 2020**. Any reply is due **April 2, 2020**. The parties are notified that no further extensions of these deadlines shall be granted. If no opposition is filed on March 26, the Court will treat the motion for an injunction as unopposed.

Dated:   New York, New York
         March 23, 2020

_____
DENISE COTE
United States District Judge

---

office-of-the-mayor/news/138-20/mayor-de-blasio-issues-state-emergency.