```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    19cv3285(DLC)
THE BETTER ANGELS SOCIETY, INC.,         :
                                         :         ORDER
                         Plaintiff,      :
            -v-                          :
                                         :
INSTITUTE FOR AMERICAN VALUES, INC.,     :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 27, 2020, the parties filed a proposed stipulation of dismissal with prejudice of this action, providing that the Court would retain jurisdiction over any disputes arising out of the parties' Confidential Settlement Agreement of March 26. Accordingly, it is hereby

ORDERED that this action is dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall not retain jurisdiction over this action and the parties' Settlement Agreement unless, by **April 3, 2020**, the parties file their Confidential Settlement Agreement on the public docket.

Dated:   New York, New York
         March 30, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge